(April 19, 1915.)

## C. G. BRIDGHAM et al., Respondents, v. THE NATIONAL POLE CO. et al., Appellants.

[147 Pac. 1056.]

NOTICE OF APPEAL—SERVICE OF—ADVERSE PARTIES.

    1. Under the provisions of sec. 4808, Rev. Codes, the notice of appeal must be served upon every party to the action not appealing whose interest might be affected by a modification or reversal of the judgment, irrespective of whether they are plaintiffs, defendants or intervenors.

APPEAL from the District Court of the Second Judicial District for Idaho County. Hon. Edgar C. Steele, Judge.

Motion to dismiss appeal on the ground that the notice of appeal was not served on all of the adverse parties. Motion sustained and appeal dismissed.

Geo. W. Goode and F. H. Rehberg, for Appellants.

W. H. Casady, for Respondents.

Counsel file no briefs on motion to dismiss.

SULLIVAN, C. J.—This is an action brought to foreclose several laborers' liens, and judgment was rendered in favor of the lien claimants. The appeal is from the judgment.

A motion has been made to dismiss the appeal on the ground that appellants have failed and neglected to serve the notice of appeal on each of the adverse parties.

Upon an examination of the record, we find that the notice of appeal was not served on all of the adverse parties, and on the authority of *State Bank of Clarkston v. Watson, ante,* p. 211, 148 Pac. 470, decided at this term of court, the motion is sustained and the appeal dismissed. Costs are awarded to the respondents.

Budge and Morgan, JJ., concur.